ap-77,031
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/3/2015 3:17:45 PM
Accepted 9/3/2015 3:43:12 PM
ABEL ACOSTA
CLERK

JOHN TATUM
ATTORNEY AT LAW

990 S. Sherman
Richardson, Texas 75081
(972) 705-9200

September 3, 2015

Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

September 3, 2015

ABEL ACOSTA, CLERK

Re:     Court of Criminal Appeals No. AP-77,031
        Trial Court Cause No. F12-12630-Y
        *Franklin Davis v. The State of Texas*

Dear Mr. Acosta:

I am writing to advise this Court that co-counsel on appeal, Hon. Phillip Hayes, will be present on September 16,2015 to assist in the presentation of oral argument in the above referenced death penalty appeal case. Thank you for your attention to this matter.

Sincerely,

/s/ John Tatum

John Tatum
State Bar No. 19672500
900 South Sherman Street
Richardson, Texas 75081
(972) 705-9200
johntatumlaw@gmail.com

JT:mt